OPINION — AG — (1) THE LINCOLN COUNTY BOARD OF COUNTY COMMISSIONERS MAY NOT LEASE A PORTION OF THE COURTHOUSE SQUARE TO THE LINCOLN HISTORICAL SOCIETY FOR THE PURPOSE OF ERECTING A BUILDING THEREON TO HOUSE THE COUNTY PUBLIC LIBRARY AND SAID HISTORICAL SOCIETY. CITE: 65 O.S. 1961, 342-344 [65-342] — [65-344], 65 O.S. 1961, 141-146 [65-141] — [65-146] 65 O.S. 1961 81 [65-81], 65 O.S. 1961 82 [65-82] 65 O.S. 1961 83 [65-83], 19 O.S. 1961 338 [19-338] 19 O.S. 1961 339 [19-339] (LEE COOK) ** SEE: OPINION NO. 74-138 (1974) **